1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM DYE,

11            Plaintiff,                    No. 2:09-cv-1289 JFM (PC)

12       vs.

13   MIKE RAMSEY, et al.,

14            Defendants.              ORDER

15   _____/

16            Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action

17   pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis

18   pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be

19   completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has

20   not filed a certified copy of his prison trust account statement for the six month period

21   immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be

22   provided the opportunity to submit a completed in forma pauperis application and a certified

23   copy in support of his application.

24   /////

25   /////

26   /////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

      a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

      b. a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 26, 2009.


UNITED STATES MAGISTRATE JUDGE

/kly;001
dye1289.3c+

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM DYE,

          Plaintiff,

vs.

MIKE RAMSEY, et al.,

          Defendants.

_____/

No. 2:09-cv-1289 JFM (PC)

<u>NOTICE OF SUBMISSION</u>

          Plaintiff hereby submits the following document in compliance with the court's order filed _____:

          Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

_____

Plaintiff