IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM DYE,

    Plaintiff,                    No. 2:09-cv-1289 JFM (PC)

    vs.

MIKE RAMSEY, et al.,

    Defendants.             ORDER

_____/

        On June 8, 2009, plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed July 1, 2009, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: September 14, 2009.

                                    UNITED STATES MAGISTRATE JUDGE

/001; dye1289.fta